THE STATE OF OHIO, APPELLEE, *v*. G.L., APPELLANT.

[Cite as *State v. G.L.,* 135 Ohio St.3d 136, 2012-Ohio-6089.]

*Court of appeals' judgment affirmed on the authority of* In re M.W.

(No. 2011-1092—Submitted December 21, 2012—Decided December 26, 2012.)

APPEAL from the Court of Appeals for Montgomery County, No. 24118.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re M.W.*, 133 Ohio St.3d 309, 2012-Ohio-4538, 978 N.E.2d 164.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents.

KENNEDY, J., not participating.

_____

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Laura M. Woodruff, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Amanda Powell, Assistant Public Defender, for appellant.

_____